IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 06-00034-CG |
| | ) | CIVIL ACTION NO. 07-0655-CG |
| WILLIE C. CALHOUN, | ) | |
| | ) | |
| Petitioner. | ) | |

# ORDER

The court, having been notified via Notice of Suggestion of Death (Doc. 80), that the defendant is deceased, the petitioner's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 59) is hereby **DENIED** as **MOOT**.

**DONE and ORDERED** this 11th day of April, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE